FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2026

CENTRAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: 5.26-mj-273
                          )
              Plaintiff,  )   ORDER OF DETENTION PENDING
                          )   FURTHER REVOCATION
        v.                )   PROCEEDINGS
Marlon Gamez,             )   (FED. R. CRIM. P. 32.1(a)(6); 18
                          )   U.S.C. § 3143(a)(1))
                          )
              Defendant.  )
_____  )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

( )   the defendant's nonobjection to detention at this time

( )   other: _____

1

and/ or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

( )   information in the Pretrial Services Report and Recommendation

( )   information in the violation petition and report(s)

( )   the defendant's nonobjection to detention at this time

( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: *April 24, 2026*

_____
SHERI PYM
United States Magistrate Judge